AO109(2/90) Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of:
(Address or brief description of property or premises to be seized)

HP Compaq Business Notebook Computer
with serial number CNU7020WGR

**SEIZURE WARRANT**

CASE NUMBER: 08-460-M-01

TO: _Director, Federal Bureau of Investigation_, and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Julie M. Shields_ who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely:
(describe the property to be seized)

   HP Compaq Business Notebook Computer with serial number CNU7020WGR

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 29 2008 @ 11:05 am                    at Washington, D.C.

Date and Time Issued

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer                Signature of Judicial Officer

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/29/2008 | 8/7/2008 2:15 PM | Kelechi Onyensoh |

INVENTORY MADE IN THE PRESENCE OF Kelechi Onyensoh

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1 HP Laptop Computer Compaq nc6320 with Bar code number (01) 0789 355 200090-0

**FILED**

AUG 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_Julie M. Shields_, FBI Special Agent

Subscribed, sworn to, and returned before me this date.

_____   8-18-08
U.S. Judge or U.S. Magistrate Judge        Date